UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WANDER F. RODRIGUES | ECF CASE |
| Plaintiff | Case Number: 11-02617 |
| vs. | |
| CITI FINANCIAL, INC. | **FILED** <br> IN CLERK'S OFFICE <br> U.S. DISTRICT COURT E.D.N.Y. |
| & <br> ERS SOLUTIONS, INC. | ★ SEP 06 2011 ★ |
| Defendants | BROOKLYN OFFICE |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Wander F. Rodrigues, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, *with prejudice*.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Warren & Vullings, LLP
93 Old York Road- Ste. 333
Jenkintown, PA 19046
215-745-9800

Date: August 31, 2011

So ordered.
9/6/11